```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION
```

FONDA DUSE                          *
                                    *
        Plaintiff                   *
v.                                  *     Civil No. 3:02-CV-1023-H
                                    *
CENTER OPERATING COMPANY, L.P.      *
                                    *
        Defendant                   *

## ORDER OF TRANSFER

This case is **TRANSFERRED** to the docket of Honorable Jerry Buchmeyer before whom a related case is pending, viz., Civil Action No. 3:01-CV-2125-R, and all pleadings filed hereafter in said cause shall reflect the docket number as **Civil Action No. 3:02-CV-1023-R.**

SO ORDERED.

DATED: September 10, 2002



**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**