IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FONDA DUSE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CA No. 3:02-CV-1023-R |
| | § | |
| CENTER OPERATING COMPANY, L.P., | § | |
| | § | |
| Defendant. | § | |



## ORDER

The above referenced matter is hereby CONSOLIDATED into civil action number 3:01-CV-2125-R, styled *Cindee Mack v. Center Operating Company*, and civil action number 3:02-CV-1023-R is DISMISSED. All future pleadings shall subsequently be filed under civil action number 3:01-CV-2125-R.

It is so ORDERED.

ENTERED: September 25, 2002

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

Certified a true copy of an instrument
on file in my office on 9/25/02
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy